ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Federal Network Systems LLC | ) ASBCA No. 63996 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:        Shaun C. Kennedy, Esq.
                                        Holland & Hart LLP
                                        Denver, CO

                                        Nicole A. Vele, Esq.
                                        Gray Robinson, P.A.
                                        Washington, DC

APPEARANCE FOR THE GOVERNMENT:        Erin Masini, Esq.
                                        General Counsel
                                        Contract Law Division
                                        Central Intelligence Agency

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 22, 2026

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63996, Appeal of Federal Network Systems LLC, rendered in conformance with the Board's Charter.

Dated:  January 22, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals